1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, CA   93721
   Telephone: (559) 498-7272
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA    ) Case No. 1:05-cr-00407 AWI
                               )
12           Plaintiff,        ) STIPULATION AND
                               ) ORDER FOR CONTINUANCE
13      v.                     )
                               )
14 NARCISCO JIMENEZ-VILLANUEVA )
    aka Narcisco Jimenez,      )
15                             )
            Defendant.         )
16 _____)
17
18      IT IS HEREBY STIPULATED by and between McGregor W. Scott,
19 United States Attorney and Marianne A. Pansa, Assistant U.S.
20 Attorney and Robert Rainwater, attorney for defendant, Narcisco
21 Jimenez-Villanueva, that the Status Conference currently
22 scheduled for November 14, 2005 at 9:00 a.m. be continued to
23 November 28, 2005 at 9:00 a.m. The parties agree that time shall
24 be excluded beginning on November 4, 2005 until the next hearing
25 day in the interest of justice and for effective defense
26 preparation pursuant to 18 U.S.C. §§ 316(h)(8)(A),
27 3161(h)(8)(B)(I), and 316(h)(8)(B)(iv).
   ///
28

1 ///
2 ///
3 ///
4 ///

5  Dated: November 4, 2005                    Respectfully submitted,

7                                             McGREGOR W. SCOTT
8                                             United States Attorney

11                                     By     /s/ Marianne A. Pansa
12                                             MARIANNE A. PANSA
13                                             Assistant U.S. Attorney

15  Dated: November 4, 2005                    /s/ Robert Rainwater
16                                             ROBERT RAINWATER
17                                             Attorney for Defendant
18                                             NARCISCO JIMENEZ-VILLANUEVA

19     IT IS SO ORDERED.

20  **Dated:   November 8, 2005**                     **/s/ Anthony W. Ishii**
    0m8i78                                       UNITED STATES DISTRICT JUDGE